IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMUNITY OPTIONS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ERICA WORKMAN SOVIA, MICHAEL SALERNO and NATIONAL MENTOR HEALTHCARE, LLC, d/b/a PENNSYLVANIA MENTOR,<br><br>    Defendants. | CIVIL ACTION NO. 2:21-CV-00217 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED** by and between the parties to the above-captioned action that all claims of Plaintiff Community Options, Inc. are hereby dismissed, with prejudice, and without costs to either side, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: November 30, 2021

_____
Harold M. Goldner (Atty. No. 32367)
Kraut Harris, P.C.
5 Valley Square, Suite 120
Blue Bell, PA 19422
(215) 542-4900
hgoldner@krautharris.com

*Counsel for Plaintiff
Community Options, Inc.*

/s/ Shannon D. Farmer
_____
Shannon D. Farmer (Atty. No. 82304)
Juliana R. van Hoeven (Atty. No. 321960)
farmers@ballardspahr.com
vanhoevenj@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
(215) 665-8500

*Attorneys for Defendants National Mentor Healthcare, LLC, d/b/a/ Pennsylvania Mentor, Erica Workman Sovia and Michael Salerno*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 30th day of November, 2021, a copy of the foregoing Stipulation of Dismissal with Prejudice was filed and served upon the parties of record via ECF notification.

_____
Harold M. Goldner, Esq.